# MINUTES

CASE NUMBER:     CR 01-00492HG

CASE NAME:       USA v. (21) Joseph Tavares

ATTYS FOR PLA:   Chris A. Thomas

ATTYS FOR DEFT:  (21) Shanlyn A.S. Park

INTERPRETER:

JUDGE:   Helen Gillmor           REPORTER:   Lisa Groulx

DATE:    02/04/2008              TIME:       11:05 - 11:11

COURT ACTION: EP: Order to Show Cause Why Supervised Release Should Not be Revoked - deft present in custody. Probation Officer Frank Condello present. Defendant admits to violating conditions of Supervised Release. Court finds that the defendant violated conditions of Supervised Release.

Sentence: Imprisonment 4 months.

Defendant remanded to the custody of the U.S. Marshal.

Submitted by Richlyn W. Young, courtroom manager